This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**ROBERT E. GREGORY,**

  **Plaintiff-Appellant,**

**v.**                                                                                   **No. 29,318**

**TERESA MARR,**

  **Defendant-Appellee.**

**APPEAL FROM THE DISTRICT COURT OF DOÑA ANA COUNTY**
**Jerald A. Valentine, District Judge**

Robert E. Gregory
El Paso, TX

Pro Se Appellant

Madison, Harbour & Mroz, P.A.
Michael H. Harbour
Sean P. McAfee
Albuquerque, NM

for Appellee

**MEMORANDUM OPINION**

**VIGIL, Judge.**

Plaintiff appeals the order granting summary judgment in favor of Defendant. We proposed to affirm in a calendar notice. We have received a memorandum in support from Appellee. Appellant has not filed any opposition to our proposed calendar notice, and the time for doing so has passed. "Failure to file a memorandum in opposition constitutes acceptance of the disposition proposed in the calendar notice." *Frick v. Veazey*, 116 N.M. 246, 247, 861 P.2d 287, 288 (Ct. App. 1993). Therefore, for the reasons discussed in our calendar notice, we affirm the decision of the district court.

**IT IS SO ORDERED.**

_____
**MICHAEL E. VIGIL, Judge**

**WE CONCUR:**


_____
**JONATHAN B. SUTIN, Judge**


_____
**LINDA M. VANZI, Judge**